39 F.3d 1194
 NOTICE: Eleventh Circuit Rule 36-2 states that unpublished opinions are not considered binding precedent. They may be cited as persuasive authority, provided that a copy of the unpublished opinion is attached to or incorporated within the brief, petition or motion.
James J. MALOT, Plaintiff-Appellant,
v.
ROY F. WESTON, INC. and Weston Services, Inc., Defendants-Appellees.
 No. 94-1446.
 United States Court of Appeals, Federal Circuit.
 Sept. 19, 1994.
 
 1
 N.D.Ga.
 
 
 2
 APPEAL DEACTIVATED.
 
 ORDER
 
 3
 On consideration of the notice of appeal, a motion of the type enumerated in Fed.R.App.P. 4(a)(4) having been filed in the United States District Court/NORTHERN DISTRICT OF GEORGIA rendering the notice of appeal ineffective, it is
 
 
 4
 ORDERED that the appeal be, and it hereby is, DEACTIVATED.
 
 
 5
 The appeal will be REACTIVATED upon entry of the order disposing of the last such motion outstanding.